JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

Attorney for Plaintiff
Peiling HUANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peiling HUANG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>*Michael Chertoff*, Secretary of the Department of Homeland Security;<br>*Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services;<br>*David Still*, San Francisco District Director, U.S. Citizenship and Immigration Services;<br>*Robert S. Mueller*, Director of Federal Bureau of Investigation<br><br>　　　　　　Defendants. | No.: **C 06 5279 SC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　　NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: October 12, 2006

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

_____
Justin X. Wang, Esq.
Attorney for Plaintiff

Case No.: **C 06 5279 SC**
NOTICE OF VOLUNTARY DISMISSAL

F:\NANCY\Mandamus\HUANG, Peiling\Dismissal.wpd